# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-40084-01-JAR |
| ) | |
| DAMON HUNTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter is before the Court on Defendant Damon Hunter's Emergency Motion for Interruption of Sentence (Doc. 115) filed April 21, 2014. Following denial by the Bureau of Prisons, Defendant requests relief from this Court seeking permission to attend the funeral of his grandmother on April 22, 2014. The Government has responded, and opposes Defendant's request (Doc. 116). As the Government points out, 18 U.S.C. § 3622 vests authority to grant such furloughs solely with the Bureau of Prisons and not the federal courts.[1] While the Court extends its condolences to Defendant on his loss, it is simply without authority to grant his request. Accordingly, Defendant's motion is **denied.**

IT IS SO ORDERED.

Dated: April 22, 2014

                                                    S/ Julie A. Robinson
                                                    JULIE A. ROBINSON
                                                    UNITED STATES DISTRICT JUDGE

---

[1] *See United States v. Radcliffe*, No. 99-00061-PAB, 2012 WL 5187978, at *1 (D. Colo. Oct. 18, 2012) (citing *United States v. Premachandra*, 78 F.3d 589 (1996)).